# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Braxton Avery, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| E&M Services, LLC, and Does 1-25, | ) | Case No. 1:18-cv-258 |
| | ) | |
| Defendants. | ) | |

On January 7, 2020, the parties filed a Stipulation to Amend Scheduling Order and Stipulation to Add Third Party Claims. The court **ADOPTS** both stipulations (Doc. Nos. 14 and 15). The pretrial deadlines shall be amended as follows:

1. The parties shall have until March 1, 2020, to complete fact discovery and file discovery.

2. Plaintiff shall have until March 1, 2020, to make expert disclosures.

3. Defendant shall have until March 15, 2020, to make expert disclosures.

4. Discovery depositions of expert shall be completed by April 15, 2020.

5. The Parties shall have until February 1, 2020, to join additional parties.

6. The Parties shall have until April 15, 2020, to file other dispositive motions (summary judgment as to all or part of the case).

All other deadlines and trial date in the Scheduling Order dated January 14, 2019 shall remain in full force and effect. Defendant E&M Services, LLC may serve and file a Third-Party Complaint.

**IT IS SO ORDERED.**

Dated this 8th day of January, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court