## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Braxton Avery, | ) |
|        Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| E&M Services, LLC, and John Does 1-25, | ) |
|        Defendant and Third-Party Plaintiff, | ) |
| vs. | ) |
| Equinor US as successor in interest to Statoil, Inc., | ) |
| | ) Case No. 1:18-cv-258 |
|        Third-Party Defendant and Fourth-Party Plaintiff, | ) |
| vs. | ) |
| Eklipse Resources, LLC, and United Specialty Insurance Company, | ) |
|        Fourth-Party Defendants. | ) |

On November 20, 2020, attorney David D. Schweigert filed: (1) a notice of appearance in which advised that he and attorneys Cody J. Nichols and Daniel Bidegaray have been retained by plaintiff as substitute counsel; and (2) an affidavit in which plaintiff described the circumstances precipitating his decision to retain substitute counsel.

Attorneys David D. Schweigert, Cody J. Nichols and Daniel Bidegaray shall be substituted as plaintiff's counsel of record. Attorney Todd Stubbs is authorized to withdraw.

1

**IT IS SO ORDERED.**

Dated this 23rd day of November, 2020.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court