# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Braxton Avery, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| E&M Services, LLC, and John Does 1-25, ) | |
| ) | |
|     Defendant and Third-Party ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Equinor US as successor in interest to Statoil, Inc., ) | |
| ) | |
|     Third-Party Defendant and Fourth- ) | |
|     Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:18-cv-258 |
| Eklipse Resources, LLC, and United Specialty ) | |
| Insurance Company, ) | |
| ) | |
|     Fourth-Party Defendants. ) | |

On January 13, 2023, the parties filed a Stipulated Confidentiality Agreement. (Doc. No. 192). On January 17, 2023, Third-Party Defendant and Fourth-Party Plaintiff Equinor Energy LP ("Equinor") filed a Motion for Leave to File Invoices Under Seal. (Doc. No. 193). It intends to file a Motion to Tax Attorney's Fees and requests leave to file certain supporting documents, i.e., invoices for legal services, under seal. It advises that the parties' Stipulated Confidentiality Agreement requires it to designate such invoices as "Confidential" and to file them under seal unless the court directs otherwise.

For good cause shown, the court **GRANTS** Equinor's motion (Doc. No. 193) and authorizes

1

Equinor to file invoices for legal services under seal.

**IT IS SO ORDERED.**

Dated this 18th day of January, 2023.

<u>*/s/ Clare R. Hochhalter*</u>
Clare R. Hochhalter, Magistrate Judge
United States District Court
